SUNSHINE HEALTH CENTER *v.* STATE DEPARTMENT OF PUBLIC WELFARE.

GRICE, Justice. 1. A petition brought in the name of the "Board of Control of Eleemosynary Institutions of Georgia, in its capacity as a governmental agency of the State of Georgia, for and in behalf of the State

of Georgia," and signed by "M. J. Yeomans, attorney-general of Georgia, Geo. L. Goode, assistant attorney-general, attorneys for petitioner," will not be dismissed on motion on the ground that (a) the petition shows on its face that if a cause of action existed it could be brought only by the State through its attorney-general, or (b) on the ground that it shows on its face that the plaintiff has no legal right or duty to bring or prosecute the action. The suit as brought is substantially the suit of the State, by and through the attorney-general. Compare *Hart* v. *Atlanta Terminal Co.*, 128 *Ga.* 754 (58 S. E. 452).

2. The petition set forth a cause of action.

3. The court did not err in directing a verdict in favor of the plaintiff, the undisputed evidence showing that the defendant, a charitable institution having the care and custody of neglected, dependent, delinquent, defective, physically and mentally handicapped persons, and soliciting funds for their support, had not obtained a license from the State Department of Public Welfare. See Ga. L. 1935, pp. 347, 348; Ga. L. 1937, p. 355, § 18.

*Judgment affirmed. All the Justices concur, except Duckworth, J., disqualified.*

No. 12610.   JANUARY 14, 1939.

492

*Joseph M. Lang,* for plaintiff in error.

*M. J. Yeomans, attorney-general, Ellis G. Arnall, Emil J. Clower, H. E. Smith, G. C. Kennedy,* and *Marshall L. Allison,* contra.